STATE OF LOUISIANA

VERSUS

DANIEL PUGH

NO. 23-KH-431

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

October 30, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Marc E. Johnson, and Scott U. Schlegel

## <u>DENIED WITH REASONS</u>

**MEJ**
**FHW**
**SUS**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

**JOHNSON, J.**

Relator seeks reconsideration of this Court's September 14, 2023 denial of his writ application number 23-KH-431.

Uniform Rules-Courts of Appeal, Rule (URCA) 2-18.7 provides as follows:

**2-18.7. When Rehearing Will Be Considered**

An application for rehearing will be considered in cases where the court has:

(A) Granted a writ application on the merits;

(B) Dismissed an appeal; or

(C) Ruled on the merits of an appeal.

URCA Rule 4-9 provides that "Rules 2-18.1 through 2-18.7 apply to requests for rehearings related to writ applications."

Accordingly, we cannot consider Relator's application for rehearing from the denial of his writ application.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/30/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-KH-431**

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Connie M. Aucoin (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Daniel Pugh #216258 (Relator)
Nelson Coleman Correctional Center
5061 Highway 3127
Killona, LA 70057

Hon. Honorable Joel T. Chaisson, II
(Respondent)
District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057